AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHRISTOPHER WAYNE LIVINGOOD | ) | Case No. |
| | ) | 5:21-mj-5375-MAS |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   3/17/2018; 05/23/2018; 6/1/2019   in the county of   BOURBON   in the
Eastern   District of   Kentucky  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18/2251(a) | Production of Visual Depictions Involving a Minor Engaged Sexually Explicit Conduct |
| 18/2252(a)(2) | Distribution of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

See attached Affidavit of Federal Bureau of Investigation Task Force Officer Jeffrey Tyler Chelf which is incorporated and made a part hereof.

☑ Continued on the attached sheet.

**Signed remotely per FRCP 4.1.  See addendum.**
*Complainant's signature*

FBI TFO Jeffrey Tyler Chelf
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/03/2021

*Judge's signature*

City and state:   Lexington, Kentucky   Matthew A. Stinnett, US Magistrate Judge
*Printed name and title*