*Rule 4.1 Addendum*

Per Rule 41(d)(3) and Rule 4.1, the Court processed the complaint remotely. The Court verified the Affiant's identity (through Affiant self-identification and by personal knowledge). Affiant simply attested to the affidavit and application, which the AUSA transmitted by remote electronic means (e-mail). The Court issued the original complaint and transmitted same to the Applicant and the AUSA, by remote electronic means (e-mail). The process complied with Rule 4.1.

_____
Hon. Matthew A. Stinnett
United States Magistrate Judge

Date and Time: __6:25 PM, Dec 3, 2021__